IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv750-T |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 892 COUNTY ) | |
| ROAD 505, VERBENA, ) | |
| CHILTON COUNTY, ALABAMA, ) | |
| WITH ALL APPURTENANCES ) | |
| AND IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 22, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the United States' motion for summary judgment (Doc. # 27) be and hereby is DENIED.

Done this the 26th day of October, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE